# EXHIBIT 16

Page 1

1
2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
3    ---------------------------------------x
4    In re Application of FORENSIC NEWS
     L.L.C. and SCOTT STEDMAN for an Order
5    Pursuant to 28 U.S.C. subsection 1782
     to Conduct Discovery for Use in a
6    Foreign Proceeding
7    Case No. 1:22:mc-00993-KAM
     ---------------------------------------x
8
9                        Remote deposition
10                       May 24, 2022
11                       9:30 a.m.
12
13
14
         VIDEO-RECORDED VIDEOCONFERENCE DEPOSITION of
15
     RICHARD FRANKEL, before Michele Moskowitz, a
16
     shorthand reporter and Notary Public of the State
17
     of New York.
18
19
20
21
22
23
24
25                   REF: 5233973

Page 2

1              A P P E A R A N C E S

2

3    GIBSON DUNN & CRUTCHER LLP

4    Attorneys for Petitioner

5         200 Park Avenue, 47th Floor

6         New York, New York  10166

7    BY:  ERICA SOLLAZZO PAYNE, ESQ.

8         ADAM GARNICK, ESQ.

9         ANNE CHAMPION, ESQ.

10        epayne@gibsondunn.com

11

12   ABELL ESKEW LANDAU

13   Attorneys for the Witness

14        256 Fifth Avenue, 5th Floor

15        New York, New York  10001

16   BY:  KENNETH M. ABELL, ESQ.

17        SCOTT GLICKSMAN, ESQ.

18        kabell@aellaw.com

19

     ALSO PRESENT:

20

     ALAN PALLER, VIDEOGRAPHER

21

22

23

24

25

1                    I N D E X

2  WITNESS                  EXAMINATION BY          PAGE

3  RICHARD FRANKEL          MS. SOLLAZZO                6

4

   --------------- E X H I B I T S ---------------

5

   EXHIBIT          DESCRIPTION                   PAGE

6

   Exhibit 1     January 28, 2016, announcement   30

7

   Exhibit 2     Subpoena                         44

8

   Exhibit 3     April 5, 2019, letter            72

9

   Exhibit 4     July 10, 2019, letter            75

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                       FRANKEL
 2   you know a man named Walter Soriano?
 3        A.     I do.
 4        Q.     When did you first meet Mr. Soriano?
 5        A.     Probably -- before I started the FBI.
 6   Probably in late 2015, but I couldn't tell you.
 7   It could have been September.  It could have been
 8   earlier, it could have been later, but in 2015.
 9        Q.     Okay.  How did you come to meet
10   Mr. Soriano in --
11        A.     I was --
12        Q.     -- late 2015?
13        A.     I'm sorry, I interrupted you.
14        Q.     That's okay.
15        A.     I was told that he was looking for
16   somebody to start basically a U.S. presence of
17   his company.  I had been interviewing with others
18   at that time and he was one of the people that I
19   interviewed with.
20        Q.     Okay.  Who told you that Mr. Soriano
21   was looking for someone to start a U.S. presence?
22        A.     It was a former agent by the name of
23   Mark Rossini.
24        Q.     And by "his company," are you
25   referring to USG Security Limited?
```

```
 1                       FRANKEL
 2   Mr. Soriano; is that right?
 3        A.    Correct.
 4        Q.    Okay.  So did there come a time when
 5   you started to work for USG?
 6        A.    Yes.
 7        Q.    Okay.  Do you remember your start
 8   date at USG?
 9        A.    I think it was within -- if it was
10   not the Monday after, it was very soon
11   thereafter.
12        Q.    Okay.  So it would have been very
13   soon after January 29, 2016?
14        A.    Without a doubt.
15        Q.    Correct?
16        A.    Yes.
17        Q.    Okay.  So I think you testified to
18   this earlier, but just to confirm, did you first
19   learn about USG from the man named Mark Rossini?
20        A.    Yes.
21        Q.    Okay.  And Mr. Rossini explained to
22   you that Mr. Soriano was looking for someone to
23   establish a U.S. presence for USG security; is
24   that accurate?
25        A.    Yeah.  That, and I guess do work for
```

1                          FRANKEL

2    Mr. Rybololev?

3         A.      Well, for USG, again, I can't say for

4    sure other than what I did at that time, which

5    was here in the United States, there were a

6    couple of different areas that we were trying to

7    work on for Mr. Rybololev regarding his art

8    fraud, but basically to prove that he was in fact

9    a victim of art fraud.

10         Q.      Okay.  And when did you perform this

11    work on behalf of Mr. Rybololev?

12         A.      2016 until I -- until I left USG.

13         Q.      Okay.  And can you name any other USG

14    employees who worked on this project for

15    Mr. Rybololev?

16         A.      Mr. Soriano did.  I don't know of any

17    others that would have worked on it.  At least

18    here in the United States, I was by myself.

19    Ms. Rossini, who I mentioned before, he was a --

20    he had done contract work, maybe he did some

21    work, but I don't remember specifics.  And I'm

22    not even sure he actually all worked on the case

23    or not.

24         Q.      Okay.  And did Mr. Rossini work for

25    USG --

```
 1                        FRANKEL
 2       A.      He?
 3       Q.      -- when you performed the work on
 4  behalf of Mr. Rybololev?
 5       A.      Again, I don't know if he actually
 6  did do work on it.  It's just that I mentioned
 7  Mark as a possibility, but I have no further
 8  knowledge of it.
 9       Q.      Okay.  And why do you mention
10  Mr. Rossini as a possibility as someone who might
11  have worked on this case?
12       A.      Because Mark and I definitely talked
13  during this time period and Mark would be in the
14  United States and outside the United States, so
15  if there was anyone, that was who I would have
16  worked with, but I don't remember any specifics
17  as to actually doing it.
18       Q.      Have you ever met Mr. Rybololev?
19       A.      Yes.
20       Q.      Okay.  And was this in the scope of
21  your employment with USG?
22       A.      Yes.
23       Q.      Okay.  About how many times did you
24  meet with him?
25       A.      I believe twice.
```

1                         FRANKEL

2    USG is not included on your LinkedIn resume?

3         A.     I don't include a lot of things on my

4    LinkedIn resume at this point.

5         Q.     Okay.  Why did you not include your

6    employment at USG on your LinkedIn resume?

7         A.     I only include what I consider to be

8    the highlights at this point.

9         Q.     Why didn't you consider your

10   employment with USG a highlight?

11        A.     It was for a year and, to be quite

12   honest, I didn't get them any business, I wasn't

13   very good at it, getting them the -- bringing the

14   business into the company.

15        Q.     Okay.  So setting aside Mr. Soriano,

16   have you contacted anyone associated with USG

17   since you left?

18        A.     Well, as -- again, the attorney-

19   client -- I've talked to Mr. Shlomo and I forget

20   his -- Reichstein or -- I always screw up his

21   last name.  So I've talked to him once or twice

22   and I do talk with Mark Rossini once in a while.

23        Q.     Okay.  In what context did you speak

24   with Mr. Rechtschaffen after 2017?

25        A.     This would be as an attorney with --