UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of FORENSIC NEWS LLC and SCOTT STEDMAN for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 22-mc-00229 (ALC) |

## **DECLARATION OF ADAM J. GARNICK PURSUANT TO LOCAL RULE 1.4**

I, Adam J. Garnick, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. Petitioners Forensic News LLC and Scott Stedman (collectively, the "Petitioners") are represented in this matter by the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn").  I am one of the counsel of record for the Petitioners.

2. After September 1, 2022, I will no longer be employed at Gibson Dunn, the firm that represents the Petitioners in this case.

3. Because others at Gibson Dunn continue to represent the Petitioners in this case, withdrawal of my appearance will not prejudice the Petitioners.

4. I am not asserting a retaining or charging lien.

I respectfully request that the Court enter the accompanying Order allowing me to withdraw as counsel of record for the Petitioners.

Dated:  August 26, 2022

*/s/  Adam J. Garnick*
Adam J. Garnick