USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re Application of FORENSIC NEWS LLC and SCOTT STEDMAN for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding.

Case No. 22-MC-0229

**ORDER**

Whereas on August 23, 2022, Forensic News LLC and Scott Stedman ("Petitioners") filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding; and

Whereas on October 17, 2022, the matter was referred to me as a non-dispositive motion (Dkt. 15); and

Whereas the Court has considered the accompanying memorandum of law, Declarations of Anne Champion and Patrick Doris, and supporting documents (*see* Dkts. 4-6); and

Whereas the Eastern District of New York previously has issued orders granting Petitioners discovery pursuant to 28 U.S.C. § 1782 for the same foreign proceeding (*see* Champion Declaration Exs. 17, 19); and

Whereas the Court finds that (1) the person from whom discovery is sought, Mark Rossini, resides or is found in this District, in Rye, New York; (2) the discovery is for use in a foreign proceeding before a foreign tribunal, *Soriano v. Forensic News LLC*, Case No: QB-2020-002450, pending in Great Britain; and (3) the application for discovery is made by an interested person, i.e., both Forensic News, LLC and Scott Stedman,  see *Federal Republic of Nigeria v. VR Advisory Services, Ltd.*, 27 F.4th 136,

148 (2d Cir. 2022); and

Whereas the Court further finds that the balance of the factors set forth in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 264-65, 124 S.Ct. 2466, 2483 (2004) weigh in favor of permitting the discovery requested pursuant to 28 U.S.C. § 1782;

It is hereby ORDERED that:

1. The ex parte application for discovery from Respondent Mark Rossini pursuant to 28 U.S.C. § 1782 is granted;

2. The Petitioners are authorized to take discovery relating to the issues identified in their application from Respondent Rossini in accordance with the Federal Rules of Civil Procedure and the Rules of this Court, including by serving on Respondent Rossini a subpoena duces tecum for a deposition and the production of documents listed in the form of the subpoena attached as Exhibit 1 to the Declaration of Anne Champion;

3. Respondent Rossini is hereby directed to comply with the subpoena in accordance with the Federal Rules of Civil Procedure and the Rules of this Court;

4. Anne Champion of Gibson, Dunn & Crutcher LLP is hereby appointed to issue, sign, and serve the subpoena upon Respondent Rossini; and

5. This Court shall retain such jurisdiction as is necessary to effectuate the terms of such subpoena.

SO ORDERED:

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 19, 2022
New York, New York