**EXHIBIT A**

 **Scott Stedman**
@scottmstedman@journa.h...

The "FRIEND" in the McGonigal-Deripaska indictment is Agron Neza, I can confirm. Neza is active in Albania and neighboring countries, and he, McGonigal, and ex-FBI agent Mark Rossini did lobbying work there in 2019.

Jan 23, 2023, 23:33 · Web · 30 · 33

 **Scott Stedman** 2d
@scottmstedman

I've been living this story for over a year. My lawyers deposed Mark Rossini 10 days ago. There's more here, folks.



**Scott Stedman** @ScottMStedman · Sep 29, 2022

I deposed Frankel earlier this year and have applied to depose Rossini. Both worked for Soriano, who is suing me.

💬 2   🔁 24   ♡ 117   📊   ⬆️

Show this thread



**Scott Stedman** @ScottMStedman · Sep 29, 2022

Richard Frankel, Mark Rossini, and Charles McGonigal all held senior FBI positions before going to the private sector and working for Russian oligarchs including Oleg Deripaska and Dmitry Rybolovlev.

>  **Fuck Elon Musk (parody)** @HackingButLegal · Sep 29, 2022
>
> FBI is investigating group of former agents who became private consultants after leaving FBI.
>
> Some have worked for Russian oligarch Oleg Deripaska thru secretive intel operator Walter Soriano who is abusively suing a @forensicnewsnet journalist via SLAPP intelligenceonline.com/corporate-inte…

💬 14   🔁 160   ♡ 379   📊   ⬆️

Show this thread